

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00377-CV

**IN RE** Marjorie Mae **WELLMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On June 23, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 26, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. PR-07792, styled *In the Guardianship of Marjorie Mae Wellman, An Incapacitated Person*, originally filed in the County Court, Wilson County, Texas, the Honorable Richard L. Jackson presiding.